RECEIVED
MAY 06 2015
BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
________ DIVISION

Ms. Adriane B. Jackson
Inmate Number 150273
St. Louis County Justice Center
(Enter above the full name of the Plaintiff(s) in this action. Include prison registration number(s).)

v.

ST. LOUIS COUNTY CIRCUIT COURT
ST. LOUIS COUNTY JUSTICE CENTER
PUBLIC DEFENDERS KELY POLAK STEPHEN RANZ
PROSECUTOR MICHAEL HAYES
JUDGE MICHAEL T JAMISON
(Enter above the full name of **ALL** Defendant(s) in this action. Fed. R. Civ. P. 10(a) requires that the caption of the complaint include the names of **all** the parties. Merely listing one party and "et al." is insufficient. Please attach additional sheets if necessary.)

EX PROSECUTOR APRIL PORTER
EX ATTORNEY H. CARLI KUELKER
ST LOUIS COUNTY MEDICAL STAFF

Case No. ____________
(To be assigned by Clerk)

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

I. PLACE OF PRESENT CONFINEMENT:

ST. LOUIS COUNTY JUSTICE CENTER

II. PREVIOUS CIVIL ACTIONS:

A. Have you brought any other civil actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your confinement?

YES [✓] NO [ ]

I am in the process filing a complaint BOARD OF REGISTRATION ITS HARD TO MAIL THEM I NEED COPIES OF MY PAPERS SO I WILL MAIL THEM TO YOU FIRST

SO YOU WILL GET A BRIEF DESCRIPTION OF WHATS GOING ON

M T W T F
20 21 22 23 24 25
W T F
15 16 17 18 19

B. If your answer to "A" is YES, describe the action(s) in the space below. If there is more than one action, you must describe the additional action(s) on a separate piece of paper, using the same format as below.

1. Parties to previous civil action: ADRIANE JACKSON

Plaintiff(s): BOARD OF RESTRISTRATON

psychiatrist, psychologist, committee social worker

Defendant(s): ____________________

2. Court where filed: I haven't filed do I file with you all too help me out.

3. Docket or case number: ____________________

4. Name of Judge: ____________________

5. Basic claim made: ____________________

6. Present disposition (Is the case still pending? Is it closed? If closed, was it appealed?): ____________________

III. GRIEVANCE PROCEDURES:

A. Is there a prisoner grievance procedure at the institution in which you are incarcerated?

YES [✓] NO [ ]

I have reported and I'm in the process that I will write them I left a message no one answered because it was me.

B. Have you presented this grievance system the facts which are at issue in this complaint?

YES [ ] NO [✓]

C. If your answer to "B" is YES, what steps did you take: ______

D. If your answer to "B" is NO, explain why you have not used the grievance system:

Well I been trying to report over the phone I have wrote United District Courts to people so they referred me to Department of Correction Department of Mental Health ONE STEP I HAVE TO TAKE I HAVE NO ACCESS TO A COPIER MACHINE

IV. PARTIES TO THIS ACTION:

A. Plaintiff(s)

1. Name of Plaintiff: Adriane Jackson

2. Plaintiff's address: ST. LOUIS COUNTY JUSTICE CENTER 100 SOUTH CENTRAL AVENUE CLAYTON MO. 63105

3. Registration number: ______

4. Additional Plaintiff(s) and address(es): ______

SEND ME AN EXAMPLE

B. Defendant(s)

1. Name of Defendant: ST. LOUIS COUNTY JUSTICE CENTER ST LOUIS COURTS

2. Defendant's address: 100 SOUTH CENTRAL 7900 Carondelet Ave CLAYTON MO. 631 [illegible]

3. Defendant's employer and job title: ______

4. Additional Defendant(s) and address(es): ______

V. COUNSEL

A. Do you have an attorney to represent you in this action?

YES [ ] NO [✓] ONES HAS BEEN HIRED

B. If your answer to "A" is NO, have you made an effort to contact an attorney to represent you in this matter?

YES [✓] NO [ ]

C. If your answer to "B" is YES, state the name(s) and address(es) of the attorneys you contacted and the results of those efforts:

MARK BURNS 818 LAFAYETTE AVE ST. LOUIS, MO 63 He just got on my case but its hard when all these years I have been harassed, badgered, and forced to see their contracted psychologist to stay in jail The case is been going on since 2009

D. If your answer to "B" is NO, explain why you have not made such efforts:

E. Have you previously been represented by counsel in a civil action in this Court?

YES [ ] NO [✓]

F. If your answer to "E" is YES, state the attorney's name and address:

VI. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. State your claims in numbered paragraphs. You may use additional paper if necessary):

St. Louis County Court the first thing I was pregnant in 2009 until July 27th 2010 I was one month pregnant I had a severe bladder urinary tract infection I lied on metal with only 2 mats through my entire pregnancy I almost lost my child they wouldn't help me medically with my urinary tract infection even at the hospital they sent me for 21 days in FULTON STATE HOSPITAL I was taken to INFIRMARY WERE I WAS FORCED TO INVOLUNTARILY FORCED ME TO SIGN PAPER GO TO CALLOWAY COURTS BEAT UP BAD BY POLICE OF PINELAWN POLICE DEPARTMENT I BEEN ASKING YOU DISTRICT COURTS IF I HAD GROUNDS TO SUE THEM I have medically records showing them what happen from Christian Northeast also I was badgered at Depaul Hospital from harrassment from Pine Lawn Police department I was off balanced just beat up.

Well I was found not OK THEY SAID I WAS TASERED and mased in Calloway County but ST LOUIS COUNTY HAD A COURT ORDERED to transport me WHEN I GOT BACK DR FELTMAN (psychiatrist) now he is a psychologist retired sorry for any inconvience they put me through

I DO HAVE RECORDS FROM BARNES JEWISH I COULD OF LOST MY CHILD BECAUSE DR. MARKU HASIENTO BROKE MY WATER INTENTIONAL PLEASE UNDERSTAND I HAVE TAKEN ABUSE HERE + HARM

BUT ANYWAYS I HAD A ... BLADDER INFECTION SO BAD EVEN IN FULTON I HAD SEVERE PAIN ACHES THEY DIDN'T HELP ME EITHER WHILE IN HOSPITAL ... SICKENING

SO FINALLY when I got back I will tell the NURSES WOULDN'T HELP ME EITHER UNTIL I STARTED BLEEDING

MY ROOMMATE GOT HELP FOR ME

PEOPLE WOULD SMELL ME IT WAS THAT BAD

SO The CO's Laughed you have an infect... in your back too. I was sent to BARNES AND THEY TREATED ME

THIS WAS NOT The only Time this HAPPEN EVERYTIME I COME AND BE SENT TO THESE JAILS AND HOSPITALS THEY SEND ME TO DIFFERERENT HOSPILALS AND CLINICS LIKE I HAVE BEEN SHOVED TO so many INSTETUTONS, JAILS I have not been myself

So have stopped going ABUSESED SINCE MARCH 2nd 2015 - March 5th 2015 I have been better off. THANKYOU JESUS

NOW WOULD you LIKE TO REVIEW MY MEDICAL RECORDS

NOW ALL THIS STUFF IS FALSE INCARCERATION BECAUSE I WAS FOUND COMPETENT AND SAID I WAS OK MANY OF TIMES BUT CONTINUE MAKE ME SEE THE SAME DRS ITS WRONG

I have done almost 1800 days consist of jail times, hospitalization, halfway house, and ankle bracelet
I want to withdraw from my plea
this statue is ruin my reputation
I have a serious charged and a conviction

VII. RELIEF

State briefly and exactly what you want the Court to do for you. Do not make legal arguments. (Note: If you are a **state** prisoner and you seek from this Court relief that affects the length or duration of your imprisonment, your case **must** be filed on a § 2254 form.)

I want to free from probation, ankle bracelet
I asked for appeal on the second sentence trial
but Judge Jamison said you don't get an appeal
so I was confused so I want the state to pay
me for all the duration of my stay in County Jail Since 2009-2015
because it should ve been a pre sentence investigation
and being hospitalized and being abused. I was the victim as well and set up as an entrapment by police

VIII. MONEY DAMAGES:

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES ☑ NO ☐

However much they get for keeping you Incarcerated plus damages to my health, contracted Dr's Obesity, forcing me as guinea pig

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages: $100,000.00

2009-2011
2012-2014
2014-2015

I want every penny I served because they were dishonest
November-2011 December
releasing in 2009 there are some paper floating around
when I signed they signed other things to my sentence not even said it in court until Double Jeopardy in 2014 of April 17th 2014

IX. Do you claim that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [✓] NO [ ]

Adriane Jackson
Signature of attorney or pro se Plaintiff(s)

May 2, 2015
Date

RECEIVED
MAY 06 2015
BY MAIL

I do want a jury trial

I couldn't find that paper

Please feel free to mail everything back Allow me to know what I did or didn't sign. You might have send it again It may got misplaced

Thank you

Ms. Adriane Jackson

May 2, 2015

District Courts I feel it could have been different ways to punish me when I was set up by entrapment by the police Pine Lawn Police Department

You know when you have a charge like that and an elderly lady was involved people tend to treat you bad because what they heard and seen you did when you were powerless and couldn't see what you were doing People have a tendancy to treat you awful even if it was not even intentional they think you are nothing and they want you to PAY The state think you are a horrible person and they want you to be a slave to the state like I tell you that elderly lady Helen Kline deserves to know the truth and not couched and point the finger at me and I was not represented right. But I tell you the St Louis County should be sued for what they did to me that provoked me to anger set an entrapment

Please know this was malacious prosecution and its not right or fair to keep me locked up.

My constitutional rights have been violated because theres Ex post facto of the law

+

Double Jeopardy

thats been taken place Although a new prosecutor Michael Hayes picked up case 2012-2013 He resentence me with extra stuff he signed off and my

Violation to my constitutional rights

Should be on case net that I had an appointment I refused long time ago

On April 29, 2015

I was badgered by St. Louis County transporter before I even got to the place that ordered me to take an evulation She began giving me her personal bitter were her words feelings to me on regarding me Who does that? I dont share feelings with anybody

Transporter C. Reed also hovered me tried to march me into that Dr's office I told her I wasn't going to see their Dr's anymore She has badgered me on other occassions in the past

I refused with the first Dr They called their Dr because he came to see me in the jail I said No November

1

RECEIVED
APR 24 2015
BY MAIL

April 20, 2015

Ms. Adrienne B. Jackson
St. Louis County Justice Center
100 South Central Avenue
Clayton, Missouri 63105

Case Number: 09SL-CR09511-02

Clerk of Court
United States District Court
Eastern District of Missouri
111 South District Suite 3300
St. Louis Missouri 63102

To Whom It May Concern:

My name is Ms Adriane Jackson. Thank you Mr. Gregory Linhares for the paperwork I requested. I was told that when people come there they are walked through the necessary steps and you all have a big library. Unfortunately, I have been incarcerated I could not visit there. Anyways, I'm not asking for legal advice

Anyways, I do have dates and times It's no way its under case net Why would it be anything different when they are not following the laws themselves My rights have been violated. So I'm going to right the courts again. They don't take me serious. I'm only human born to make mistakes But to beat on and pick on me and explode my legal/criminal matters through out the courts is wrong.

If the St. Louis County Court Eastern District 21st not following the law they need to be investigated and pay for every day of my life they took away.

So I want to pursue a legal or civil suit I need to be heard and taking serious and if Division 10, Judge Michael T. Jamison and the rest of the parties disapline action should take place as well.

Now it's plain to see I have done alot of time I don't know where to start. I know what's going on when they are keeping me locked up and continously badgering me after all the times I did everything they ask The court you know its a big investment Everybody knows that.

Now please consider that to write a grievance

Is a procedure I have to follow. If I write one I'm assuming I should write to admistration of the courts. Allowing them of whats going on does that sound right that happens to be the District Courts There's a couple other things I would like to address I do have evidence Things I know that happened in the past up until now has caused alot of emotional distressed and they have done nothing but kept me in the system and moved me around

Why can't you all be aware of this sitation that I have been deprived from life, happiness, and most of all freedom.

I have wrote to the District Courts in the past I hope they review everything if you like to see my medical records that's fine I want my case to be heard and thoraughly investigate not what you think based on facts my rights, fairness, equity, and most of all compassionate if that's the right word.

Thank you for your time lets start over. Maybe you can better understand me after all these years Well think I said what I had to say. No one's going to help me. I have to help myself

→ TURN BACK
RANNED OUT OF PAPER